MARGARET M. GODEY

*vs.*

THOMAS R. GODEY.

*Divorce—Adultery—Costs.*

In a divorce court the question of the imposition of costs is largely in the ·discretion of the trial court, and the appellate court will intervene only in the case of a manifest injustice involving an abuse of discretion, or a departure from the rule which places the costs on the husband, as being to some extent in the category of necessities.

*Decided January 12th, 1921.*

Appeal from the Circuit Court of Baltimore City (STANTON, J.).

The cause was argued before BOYD, C. J., BRISCOE, THOMAS, PATTISON, URNER, STOCKBRIDGE, ADKINS, and OFFUTT, JJ.

*Alfred S. Niles* and *Joseph A. Burkhart,* with whom were *Niles, Wolff, Barton & Morrow,* for the appellant.

*Randolph Barton, Jr.,* for the appellee.

*William L. Rawls,* for Margaret C. Mey.

STOCKBRIDGE, J., delivered the opinion of the court, affirming the decree and order appealed from, costs to be paid by the appellee husband.